IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JONI COCKRILL )
)
v. ) NO. 3-13-0587
) JUDGE CAMPBELL
METROPOLITAN GOVERNMENT )
OF NASHVILLE/DAVIDSON )
COUNTY, et al. )

ORDER

Defendants have filed a Notice of Withdrawal of the Motion to Dismiss (Docket No. 23).

Accordingly, the Clerk shall term the pending Motion to Dismiss (Docket No. 15) as moot.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　Todd Campbell
　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE