IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONI COCKRILL | ) |
| | ) |
| v. | ) NO. 3-13-0587 |
| | ) JUDGE CAMPBELL |
| METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE/DAVIDSON | ) |
| COUNTY, et al. | ) |

ORDER

Defendants have filed a Notice of Withdrawal of the Motion to Dismiss (Docket No. 23).

Accordingly, the Clerk shall term the pending Motion to Dismiss (Docket No. 15) as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE