# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| JONI COCKRILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. 3:13-0587 |
| vs. ) | JUDGE CAMPBELL/KNOWLES |
| ) | |
| ) | JURY DEMANDED |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE, DAVIDSON COUNTY, ) | |
| TENNESSEE; and CANIDRA ) | |
| HENDERSON, in her individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon Defendants' "Motion to Dismiss Plaintiff's Amended Complaint." Docket No. 27. Plaintiff has filed a Response in opposition to the Motion. Docket No. 28. Judge Campbell has referred the Motion to the undersigned for a Report and Recommendation. Docket No. 29.

Defendants shall file a Reply to Plaintiff's Response within fourteen (14) days from the entry of the instant Order.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge