UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONI COCKRILL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 03:13-cv-00587 ) Judge Campbell ) Magistrate Knowles |
| METROPOLITAN GOVERNMENT, | ) ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidence by the signatures below, that the parties have resolved this dispute and wish to dismiss this action with prejudice, court costs to be paid by the Defendant Metro, it is, therefore, so ORDERED.

                                                                                                                         _____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*/s/ J. Brooks Fox*
J. Brooks Fox, #16096
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219-6300
615-862-6341


*/s/Jessica F. Salonus,* by */s/ J. Brooks Fox w/permission*
Justin S. Gilbert, #17079
Jessica F. Salonus, #28158
Gilbert Russell McWherter PLC
101 North Highland Avenue
Jackson, TN 38301
*Attorneys for Plaintiff*
731-664-1340